IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Greenpoint Asset Management II LLC, | ) | Case No. 21-25900 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST

Angela D. Dodd, Christopher H. White, John E. Birkenheier, Charles J. Kerstetter, and Timothy J. Stockwell, admitted as federal government attorneys under Local Rule 83(c)(2)(D) for the District Court for the Eastern District of Wisconsin, hereby appear on behalf of the United States Securities and Exchange Commission and request to be added to the electronic service matrix for all pleadings and documents filed in this case. Their e-mail addresses are respectively listed below:

Angela D. Dodd     dodda@sec.gov

Christopher H. White     whitech@sec.gov

John E. Birkenheier     birkenheierj@sec.gov

Charles J. Kerstetter     kerstetterc@sec.gov

Timothy J. Stockwell     stockwellt@sec.gov

Dated: Chicago, Illinois
November 12, 2021

                              Respectfully submitted,

                              */s/ Angela D. Dodd*
                              Angela D. Dodd, IL #6201068
                              Senior Bankruptcy Counsel

                              COUNSEL FOR SECURITIES
                              AND EXCHANGE COMMISSION
                              Chicago Regional Office
                              175 W. Jackson Blvd., Suite 1450
                              Chicago, IL 60604
                              Telephone: (312) 353-7400
                              E-mail: dodda@sec.gov

## **CERTIFICATE OF SERVICE**

I, Angela Dodd, do hereby certify that a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST was served on the parties that receive electronic notification in these proceedings on this 12th day of November, 2021.

/s/ Angela Dodd
Attorney for the
Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-7400
E-mail: dodda@sec.gov