# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

**In re:**

| | |
|---|---|
| **Michael G. Hull,** | **Case No. 21-25900-gmh** |
| **Greenpoint Asset Management II LLC,** | **Case No. 21-25901-gmh** |
| | **Chapter 11** |
| | **(Joint Administration Motion Pending)** |
| **Debtors.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Averi A. Niemuth of Kerkman & Dunn appears on behalf of the Debtors in the above action and hereby requests that she be added to the docket and receive electronic copies of all future notices and pleadings in the case through the Court's electronic filing system.

Dated: November 16, 2021

*/s/ Averi A. Niemuth*
Averi A. Niemuth (SBN 1102411)
Kerkman & Dunn

Attorneys for Debtors

P.O. Address:

839 North Jefferson St., Ste. 400
Milwaukee, WI 53202
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: aniemuth@kerkmandunn.com